**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MARY ELLEN BOLNIK ) | CASE NUMBER A18-68430-JWC |
| ) | |
| DEBTOR ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor's Plan will exceed sixty months by four (4) months in violation of 11 U.S.C. 1322(d)(2)(C) and 11 U.S.C. 1307(c).

3.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 7/14/2020 the Trustee received a total of $5,210.00. The Trustee's records indicate the amount delinquent is $2,610.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 16th day of July, 2020.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

CASE NO:   A18-68430-JWC                                                                07/14/2020
MARY ELLEN BOLNIK

### RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| April 20, 2020 | EPAYPR | 6722689000 | $435.00 |
| January 13, 2020 | EPAYPR | 6478281000 | $183.00 |
| January 07, 2020 | EPAYPR | 6464005000 | $182.00 |
| December 16, 2019 | EPAYPR | 6405522000 | $365.00 |
| December 02, 2019 | EPAYPR | 6371974000 | $200.00 |
| November 08, 2019 | EPAYPR | 6317986000 | $180.00 |
| September 30, 2019 | EPAYPR | 6213595000 | $365.00 |
| August 27, 2019 | EPAYPR | 6125860000 | $730.00 |
| August 05, 2019 | EPAYPR | 6068930000 | $365.00 |
| **Receipt Total:** | | | **$3,005.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MARY ELLEN BOLNIK | ) | CASE NUMBER A18-68430-JWC |
| | ) | |
| DEBTOR | ) | |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **August 18, 2020** at **10:10 am in Courtroom 1203, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**. *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 16th day of July, 2020.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No:  A18-68430-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

MARY ELLEN BOLNIK
2932 HUNTING WOOD WALK
DULUTH, GA  30096

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 16th day of July, 2020.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201