**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARY ELLEN BOLNIK | ) | CHAPTER 13 |
| Debtor. | ) | CASE NO.: 18-68430-JWC |

**POST CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court on April 30, 2019, as follows:

1. Debtors hereby modifies Paragraph 2.1 as follows:

Notwithstanding anything herein to the contrary, Debtor shall be entitled to extend the term of this Plan up to <u>72 months</u> pursuant to the terms of 11 USC § 1329(d)(1), as amended by the Coronavirus Aid, Relief and Economic Security Act ("CARES Act") because Debtor is experiencing a material economic hardship related to the COVID-19 pandemic.

Debtor shall pay all plan payments to the Trustee until such time as the Plan is satisfied in full. Nothing herein shall increase the Plan base or required payments.

Respectfully submitted this 17th day of September 2020

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Parkway, Suite 2100
Atlanta, GA 30339
404-800-4001
HS@ATL.law

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARY ELLEN BOLNIK ) | CHAPTER 13 |
| Debtor. ) | CASE NO.: 18-68430-JWC |

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed on: September 17, 2020. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, U.S. Bankruptcy Court
Room 1340 United States Courthouse
Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303.

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Mary Ellen Bolnik
2932 Hunting Wood Walk
Duluth, GA 30096

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification on **October 20, 2020 at 10:00 a.m. in Courtroom 1203,** U.S. Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

***Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

Respectfully submitted this 17th day of September, 2020.

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Parkway, Suite 2100
Atlanta, GA 30339
404-800-4017
HS@ATL.law

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARY ELLEN BOLNIK ) | CHAPTER 13 |
| Debtor. ) | CASE NO.: 18-68430-JWC |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

\_\_\_/s/_____
MARY ELLEN BOLNIK

This 17th day of September, 2020.

Penalty of making false statement or concealing property:

Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MARY ELLEN BOLNIK | )   CHAPTER 13 |
| Debtor. | )   CASE NO.: 18-68430-JWC |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Post-Confirmation Modification of Confirmed Plan and Notice of Filing and Deadline for Objections, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ellen Bolnik
2932 Hunting Wood Walk
Duluth, GA 30096

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: September 17, 2020

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Parkway, Suite 2100
Atlanta, GA 30339
404-800-4001
HS@ATL.law

```
Label Matrix for local noticing          Julie M. Anania                          Heather D. Bock
113E-1                                   Nancy J. Whaley                          McCalla Raymer Leibert Pierce LLC
Case 18-68430-jwc                        Standing Chapter 13 Trustee              1544 Old Alabama Road
Northern District of Georgia             Suite 120                                Roswell, GA 30076-2102
Atlanta                                  303 Peachtree Center Avenue
Thu Sep 17 15:48:04 EDT 2020             Atlanta, GA 30303-1286

Mary Ellen Bolnik                        (p)CAPITAL ONE                           Capital One Bank (USA), N.A.
2932 Hunting Wood Walk                   PO BOX 30285                             by American InfoSource as agent
Duluth, GA 30096-7417                    SALT LAKE CITY UT 84130-0285             PO Box 71083
                                                                                  Charlotte, NC  28272-1083


First Premier Bank                       (p)GEORGIA DEPARTMENT OF REVENUE         Internal Revenue Service
601 S Minnesota Ave                      COMPLIANCE DIVISION                      PO Box 7346
Sioux Falls, SD 57104-4868               ARCS BANKRUPTCY                          Philadelphia, PA 19101-7346
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


A. Michelle Hart Ippoliti                Mcydsnb                                  Optimum Outcomes Inc
McCalla Raymer Leibert Pierce, LLC       Po Box 8218                              2651 Warrenville Rd Ste
1544 Old Alabama Road                    Mason, OH 45040-8218                     Downers Grove, IL 60515-5559
Roswell, GA 30076-2102


PRA Receivables Management, LLC          Premier Bankcard, Llc                    Rec Solution
PO Box 41021                             Jefferson Capital Systems LLC Assignee   Po Box 699
Norfolk, VA 23541-1021                   Po Box 7999                              Natchez, MS 39121-0699
                                         Saint Cloud Mn 56302-7999


Lucretia Lashawn Scruggs                 Selene Finance, LP                       Howard P. Slomka
Shapiro Pendergast & Hasty, LLP          9990 Richmond Ave, Suite 400 South       Slipakoff & Slomka, PC
211 Perimeter Center Parkway, N.E.       Houston, TX 77042-4546                   Suite 2100
Suite 300                                                                         3350 Riverwood Parkway
Atlanta, GA 30346-1305                                                            Atlanta, GA 30339-3363


Specialized Loan Servicing LLC           Specialized Loan Servicing LLC           Syncb/jcp
8742 Lucent Blvd #300                    8742 Lucent Blvd, Suite 300              Po Box 965007
Highlands Ranch, CO 80129-2386           Highlands Ranch, Colorado 80129-2386     Orlando, FL 32896-5007


Synchrony Bank                           U.S. BANK NATIONAL ASSOCIATION           (p)US BANK
c/o PRA Receivables Management, LLC      14841 Dallas Parkway #425                PO BOX 5229
PO Box 41021                             Dallas, TX 75254-8067                    CINCINNATI OH 45201-5229
Norfolk, VA 23541-1021


UNITED STATES DEPARTMENT OF EDUCATION    United Auto Credit Co                    United Auto Credit Corporation
CLAIMS FILING UNIT                       1071 Camelback St Ste 10                 PO Box 163049
PO BOX 8973                              Newport Beach, CA 92660-3046             Fort Worth, TX 76161-3049
MADISON, WI 53708-8973


United States Attorney                   Us Bank Mortgage                         Us Dept Of Ed/glelsi
Northern District of Georgia             4821 Frederica Street                    Po Box 7860
75 Ted Turner Drive SW, Suite 600        Owensboro, KY 42301                      Madison, WI 53707-7860
Atlanta GA 30303-3309
```