**IT IS ORDERED as set forth below:**

**Date: October 7, 2020**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **MARY ELLEN BOLNIK** | : | **CASE NUMBER A18-68430-JWC** |
| | : | |
| **DEBTOR** | : | |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

On August 18, 2020 at 10:10 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtor's failure to make Chapter 13 plan payments thus causing a delinquency in said plan. It further appears to the Court that the Debtor, through counsel, agreed to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY ORDERED** that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should the Debtor fail to make any payment due pursuant to the Plan on a timely basis for twenty-four (24) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve this Order on all parties included on the attached distribution list.

### END OF DOCUMENT

Presented by:

____/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar Number 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992 - 1201

Consented to by:

____/s/_____
Howard P. Slomka,
Attorney for Debtors
GA Bar Number 652875
Slipakoff & Slomka, PC
3350 Riverwood Parkway,
Suite 2100
Atlanta, GA 30339
*Signed by Julie M. Anania with express permission*

### DISTRIBUTION LIST

Case Number **A18-68430-JWC**

Mary Ellen Bolnik
2932 Hunting Wood Walk
Duluth, GA 30096

Slipakoff & Slomka, PC
3350 Riverwood Parkway, Suite 2100
Atlanta, GA 30339

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303